ELIZABETH ANDERSON *v.* DOUGLAS S. H. ANDERSON
(12061)

FOTI, HEIMAN and SPEAR, Js.

Submitted on briefs February 25—decision released March 22, 1994

*John R. Williams* filed a brief for the appellant (defendant).

*P. Benedict Fraser* filed a brief for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.